AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| United States of America | ) | 6:21-MJ-00029-KNM |
| v. | ) | |
| RYAN TAYLOR NICHOLS | ) | Case No. |
| ███████████ | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1752(a),1752(b)(1)(A) | Conspiracy and Unlawful Entry with Dangerous Weapon; |
| 40 U.S.C. §§ 5104(e)(2), 5104(e)(2)(D) and (G) | Violent Entry and Disorderly Conduct on Capitol Grounds; |
| 18 U.S.C. § 231(a)(3) | Civil Disorder; |
| 18 U.S.C. §§ 111(a), 111(b) | Assault on a Federal Officer Using a Deadly or Dangerous Weapon; |
| 18 U.S.C. § 2(a) | Aiding and Abetting |

This criminal complaint is based on these facts:

See attached statement of facts.

☐ Continued on the attached sheet.

*Michael D Brown*
Complainant's signature

MICHAEL D. BROWN, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: __01/17/2021__                    2021.01.17 22:33:14 -05'00'

*Judge's signature*

City and state: __WASHINGTON, D.C.__   Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*