| DATE: | 1/19/2021 |
|---:|---|
| LOCATION: | Tyler |
| JUDGE: | K. Nicole Mitchell |
| DEP.CLERK: | Lisa Hardwick |
| RPTR/ECRO: | Lisa Hardwick |
| USPO: | Nathan Manley |
| INTERPRETER: | --------------------------------- |
| START TIME: | 11:11 a.m. |
| END TIME: | 11:21 a.m. |

**CASE NUMBER 6:21-MJ-00029-KNM**
**UNITED STATES OF AMERICA**
**V.**
**RYAN TAYLOR NICHOLS**

| AUSA | DEFENSE COUNSEL |
|---|---|
| **RYAN LOCKER** | **BUCK FILES** |

## INITIAL APPEARANCE RULE 5c
**(via video conference)**

| | | | |
|---|---|---|---|
| ☒ | Initial Appearance called | ☒ | Initial appearance held |
| ☒ | Dft appears with counsel | ☐ | Dft appears without counsel |
| ☒ | Date of Arrest: 1/18/21 | ☒ | Dft's first appearance with counsel |
| ☒ | Dft advised of charges | ☒ | Dft advised of right to counsel |
| ☒ | Dft advised of maximum penalties | ☒ | Dft advised of right to remain silent |
| ☒ | Dft retained counsel | ☐ | Court finds Dft eligible and appoints: |
| ☒ | Govt moved for Detention | ☒ | Gvt Oral Motion for Continuance of Detention Hearing |
| ☐ | Waiver of Detention and Preliminary Hearing in this district but reserves the right to reopen in the prosecuting district. | ☒ | Waiver of Rights and Consent to Proceed by Video Conference |
| ☒ | Order of Temporary Detention: Detention Hearing and Preliminary Hearing set for 1/22/21 at 1:30 p.m. | ☒ | Dft advised of Rule 20 Transfer |
| ☐ | Order of Detention | ☐ | Dft waived Hearing on Identity |
| ☒ | Dft remanded to the custody of the U.S. Marshals | ☐ | Order of Commitment signed |