# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

**DATE:** January 22, 2021

**JUDGE**  
K. Nicole Mitchell

**Courtroom Deputy:** Lisa Hardwick

**Law Clerk:** Terri Good

**Court Reporter:** Shea Sloan

| UNITED STATES OF AMERICA<br><br>V.<br><br>RYAN TAYLOR NICHOLS | CRIMINAL ACTION: 6:21-MJ-29-KNM<br><br>DETENTION HEARING<br>PRELIMINARY EXAMINATION<br>IDENTITY HEARING |
|---|---|

On this day, came the parties by their attorneys and the following proceedings were had:

**OPEN:** 1:35 p.m.  **ADJOURN:** 4:47 p.m.

| TIME: | MINUTES: |
|---|---|
| 1:35 p.m. | Case Called. Appearances made. Ryan Locker f/Government and F.R. "Buck" Files f/Defendant. |
|  | Mr. Files stated his client will waive Identity Hearing. |
| 1:36 p.m. | Detention/Preliminary Hearing Held |
|  | TFO Gregory Harry was called as a witness by the government, was sworn, and testified on Direct Examination. GE-1 (video file) offered and admitted without objection. GE-2 (video file) was offered and admitted without objection. GE-3 (picture) offered and admitted without objection. GE-4 (video file) offered and admitted without objection. GE-5 (video file) offered and admitted without objection. The Court took judicial notice of the complaint/affidavit. GE-6 (photo) offered and admitted without objection. GE-7 (photo) offered and admitted without objection. GE-8 (photo) offered and admitted without objection. |
| 3:08 p.m. | Court Recessed |
| 3:26 p.m. | Court Resumed |
| 3:27 p.m. | Cross-Examination of TFO Harry by Mr. Files. |
| 4:01 p.m. | Re-Direct Examination of TFO Harry by Mr. Locker. |

**FILED: 1/22/2021**

**DAVID A. O'TOOLE, CLERK**

BY: *Lisa Hardwick*, Courtroom Deputy

PAGE 2 - Proceedings Continued

| | |
|---|---|
| 4:03 p.m. | Re-Cross Examination of TFO Harry by Mr. Files. |
| 4:05 p.m. | The witness was excused. |
| 4:05 p.m. | The government rested. |
| 4:05 p.m. | Bonnie Nichols was called as a witness by the defense, was sworn, and testified on Direct Examination. DE 1-4 were offered and admitted without objection. DE-5 was offered and admitted without objection. |
| 4:25 p.m. | Cross-Examination of Mrs. Nichols by Mr. Locker. |
| 4:28 p.m. | Re-Direct Examination of Mrs. Nichols by Mr. Files. |
| 4:29 p.m. | The witness was excused. |
| 4:30 p.m. | Mr. Files proffered the testimony of the defendant. |
| 4:32 p.m. | The defense rests. |
| 4:32 p.m. | Mr. Locker presented argument. |
| 4:37 p.m. | Mr. Files presented argument. |
| 4:44 p.m. | Mr. Locker presented final argument. |
| 4:45 p.m. | The Court found probable cause. The Court granted the government's motion for detention. |
| 4:47 p.m. | There being nothing further, court was adjourned. The defendant was remanded to the custody of the U.S. Marshals. |