UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER   DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| V | § | CASE NO.  6:21-MJ-00028 |
| | | 6:21-MJ-00029 |
| RYAN TAYLOR NICHOLS | § | |
| ALEX KIRK HARKRIDER | | |

## WITNESS LIST

| DATE 1/22/2021 | | HEARING: Detention Hearing | Lisa Hardwick Courtroom Deputy | | JUDGE K. Nicole Mitchell | | PAGE 1 |
|---|---|---|---|---|---|---|---|
| Govt | Deft | Name of Witness | | DIRECT | CROSS | REDIRECT | RECROSS |
| | | **Ryan Taylor Nichols Hearing** | | | | | |
| X | | TFO Gregory Harry | | X | X | X | X |
| | X | Bonnie Nichols | | X | X | X | |
| ---- | ---- | ------------------------------------------------ | | ----- | ---- | ----- | ----- |
| | | **Alex Kirk Harkrider Hearing** | | | | | |
| X | | TFO Gregory Harry | | X | X | X | X |