**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER  DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | | |
| **V** | § | **CASE NO.  6:21-MJ-00028** |
| | | **6:21-MJ-00029** |
| **RYAN TAYLOR NICHOLS (1)** | | |
| **ALEX KIRK HARKRIDER (2)** | § | |

**EXHIBIT LIST**

| K. NICOLE MITCHELL<br>Presiding Judge | Ryan Locker<br>Government's Attorney | FR "Buck" Files f/Nichols<br>Greg Waldron f/Harkrider |
|---|---|---|
| Hearing Date: 1/22/2021 | Court Reporter: Shea Sloan | Courtroom Deputy: L. Hardwick |

| Gvt No. | Dft No. | Date Offered | Marked | Admitted | **NICHOLS** |
|---|---|---|---|---|---|
| 1 | | | | 1-22-21 | Video Clip |
| 2 | | | | 1-22-21 | Video Clip |
| 3 | | | | 1-22-21 | Photo image |
| 4 | | | | 1-22-21 | Video File |
| 5 | | | | 1-22-21 | Video File |
| 6 | | | | 1-22-21 | Photo image |
| 7 | | | | 1-22-21 | Photo image |
| 8 | | | | 1-22-21 | Photo image |
| | 1 | | | 1-22-21 | Photo image |
| | 2 | | | 1-22-21 | Photo image |
| | 3 | | | 1-22-21 | Photo image |
| | 4 | | | 1-22-21 | Photo image |
| | 5 | | | 1-22-21 | Copy of DD-214 |
| | | | | 1-22-21 | **HARKRIDER** |
| 9 | | | | 1-22-21 | Snap Chat post |
| 10 | | | | 1-22-21 | Video clip |

| | | | | | |
|---|---|---|---|---|---|
| 11 | | | | 1-22-21 | Tomahawk hatchet (photo copy) |
| 12 | | | | 1-22-21 | Photo image |
| 13 | | | | 1-22-21 | Photo image |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |